UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN W BOOTHMAN ,<br><br>　　　　　　Defendant. | 6:17-PO-05016-KLD<br>Ticket Number: F4873153<br>Location Code: M8<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

　　　　The Defendant, John W Boothman , was present in court via Zoom and entered a plea of guilty to the charge of: PROHIBITED TO POSSESS A MV ON NATHIONAL FOREST SERVICE LANDS.

　　　　The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

　　　　　　1.  Defendant must pay a fine in the amount of $25.00 plus $40.00 in fees for PROHIBITED TO POSSESS A MV ON NATHIONAL FOREST SERVICE LANDS for a total of $65.00.  Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov .  **Defendant must start making payments of $20.00 per month starting December 7, 2022, and then every month thereafter**

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: December 7, 2021.

12/7/21
_____
Date Signed

_____
KATHLEEN L. DESOTO
United States Magistrate Judge